**Isaiah Timothy FEASTER, Plaintiff–Appellant,**

v.

**Deborah PULLER; Robert Kupec, Warden; Earl Beshears, Warden; Ralph Logan, Warden; Kathleen Green, Assistant Warden; Robert B. Ritchie, Jr., Chief of Security, Defendants–Appellees.**

No. 01–6199.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Isaiah T. Feaster, pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Isaiah T. Feaster appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Feaster v. Puller,* No. CA–00–2341 AMD (D.Md. Jan. 17, 2001). Foster's motion for default judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*